UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/25/09
```

JESUS ROSARIO,

                            Plaintiff,

-v-

CITY OF NEW YORK, *et al.*,

                            Defendants.

No. 08 Civ. 7755 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

      As stated by the Court at the conference held before it on June 24, 2009, the Court hereby modifies the dates set forth in the January 16, 2009 Case Management Plan and Scheduling Order as follows:

      Plaintiff's amended complaint shall be filed forthwith.

      All fact discovery shall be completed no later than August 7, 2009.

      All expert discovery shall be completed no later than September 11, 2009.

      The Court will hold a post-discovery status conference on September 25, 2009, at 9:15 a.m. If the Parties intend to file any motions, pre-motion letters are due by September 14, 2009 and responses to the pre-motion letters are due by September 17, 2009.

No further extensions to these deadlines will be granted.

      The Court further orders that the Parties contact the Honorable Gabriel W. Gorenstein, Magistrate Judge, to facilitate a settlement conference, at the Parties' earliest convenience. Replacement corporation counsel shall file a proper notice of appearance forthwith.

SO ORDERED.

Dated:      June 24, 2009
              New York, New York

                                                    RICHARD J. SULLIVAN
                                                    UNITED STATES DISTRICT JUDGE