UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JESUS ROSARIO,

                Plaintiff,

-v-

CITY OF NEW YORK, *et al.*,

                Defendants.

No. 08 Civ. 7755 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

    As stated by the Court at the conference held before it on Wednesday, September 30, 2009, the parties are hereby ordered to provide the Court with a jointly submitted letter, to be *received* no later than October 20, 2009, informing the Court about the status of settlement discussions. If the parties fail to reach a settlement, the letter shall include a jointly proposed briefing schedule in regard to Defendants' contemplated motion for summary judgment. The joint letter should be sent to sullivannysdchambers@nysd.uscourts.gov.

SO ORDERED.

Dated:     September 30, 2009
             New York, New York

RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE