UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/8/09

-------------------------------------------------------------------- x

JESUS ROSARIO,

                                          Plaintiff,

                -against-

THE CITY OF NEW YORK, DETECTIVE LESLIE
GAUVIN, SERGEANT LANE, DETECTIVE KELLY,
DETECTIVE LYONS, and DETECTIVE DISIMONE,

                                        Defendants.

-------------------------------------------------------------------- x

**ORDER TO PRODUCE INMATE FOR** ~~VIDEO~~ /s/ **CONFERENCE**

08 CV 7755 (RJS) (GWG)

**IT IS HEREBY ORDERED:** that the Superintendent or other official in charge of Bayside State Prison, located in Leesburg, New Jersey, produce inmate Jesus Rosario, Inmate No. 636050 and SBI #000270568E, to participate in a settlement conference through means of a telephone-conference from Bayside State Prison to the United States Courthouse: Southern District of New York, on October 13, 2009, commencing at 2:30:00 p.m. until completion. For the telephone conference, the Superintendent or other facility designee is directed to contact the Court, at (212) 805-4260 in order to conduct a test and make the necessary arrangements for this conference. *If this is inconvenient for the facility, please contact Chambers and we will arrange a new date.*

Dated: New York, New York
       October 8, 2009

                                              GABRIEL W. GORENSTEIN
                                             UNITED STATES MAGISTRATE JUDGE